UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 2:21-cr-101-SPC-NPM

MATTHEW GARRETT MINK

**UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS
TO THE SENTENCING GUIDELINES CALCULATION**

The United States of America files this response to the defendant's Objections to the Sentencing Guidelines Calculation (Doc. 65) for the limited purpose of clarifying the Government's position as to the appropriate guidelines calculation applicable in this case. The United States agrees with the defendant that the number of firearms that should be attributed to the defendant for the purposes of U.S.S.G. § 2K2.1(b)(1) is **14**, and as a result, his offense level should be correspondingly reduced by two levels to **23**. *See* Government's Exhibit One.

While the United States agrees with the defendant as to the appropriate guidelines calculation applicable in this case, the United States does *not* agree with all the characterizations and arguments made by the defendant in his pleading, which the United States intends address at the sentencing hearing. Pursuant to the terms of its written Plea Agreement with the defendant, the United States intends to ask the Court for a sentence "within the applicable guidelines range as determined by the Court." (Doc. 41 at 4).

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:    /s/ *Simon R. Eth*
        Simon R. Eth
        Assistant United States Attorney
        Florida Bar No. 0091415
        2110 First Street, Suite 3-137
        Ft. Myers, Florida 33901
        Telephone:  (239) 461-2200
        Facsimile:   (239) 461-2219
        E-mail: Simon.Eth@usdoj.gov

**U.S.A. v. Matthew Garrett Mink**          **Case No. 2:21-cr-101-SPC-NPM**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas Molloy, Esq.
DouglasMolloy@MolloyLaw.net
douglasmolloy7@gmail.com

/s/ Simon R. Eth
Simon R. Eth
Assistant United States Attorney
Florida Bar No. 0091415
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:   (239) 461-2200
Facsimile:   (239) 461-2219
E-mail:        Simon.Eth@usdoj.gov